IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHELTER MUTUAL INSURANCE COMPANY                                    PLAINTIFF

v.                           CASE NO. 4:18-CV-00923 BSM

ONESOURCE LAWN & LANDSCAPE
MAINTENANCE LLC, et al.                                             DEFENDANTS

## ORDER

Pursuant to the notice of bankruptcy [Doc. No. 16], this case is stayed. The parties are ordered to file a status update within 120 days. Failure to file a status update will result in this case being dismissed without prejudice.

IT IS SO ORDERED this 7th day of January 2020.

_____
UNITED STATES DISTRICT JUDGE