IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHELTER MUTUAL INSURANCE COMPANY**                                **PLAINTIFF**

v.                          **CASE NO. 4:18-CV-00923 BSM**

**ONESOURCE LAWN & LANDSCAPE**
**MAINTENANCE LLC, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE